JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| KELLEY NOEL JONES, | No. CV 14-6491-CAS (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: 8/31/15

_____
CHRISTINA A. SNYDER
United States District Judge